UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22-cr-115-SDM-TGW

MILLER RODRIGUEZ VALENCIA

**JOINT STATUS REPORT – JANUARY 2024**

The United States of America, having conferred with counsel for the

defendant, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following

status report. In response to the inquiries in the Court's Order of November 17, 2023,

the United States herein states as follows:

1.      **Brief summary of the case's status:**

The defendant was charged in a one-count indictment. Count One charges a

conspiracy to possess with intent to distribute more than five kilograms of cocaine on

a vessel subject to the jurisdiction of the United States. There are five co-defendants

who have been arrested in Colombia and are awaiting extradition to the United

States.

This is the second status report in this case. Discovery has been served.

2.      **Possibility of a plea agreement as to each defendant:**

The United States intends to prepare and provide a plea agreement to the

defendant.

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require five days to present its case-in-chief. Transport of witnesses from Colombia and the United States Coast Guard will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of this writing, there are no motions pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case. On December 11, 2023, the Court granted the defendant's unopposed motion to continue trial and continued this case to the March 2024 trial calendar. Doc. 27.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _/s/ Lauren Stoia_
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsel of Record.

<i>/s/ Lauren Stoia</i><br>
Lauren Stoia<br>
Assistant United States Attorney<br>
United States Attorney No. 201<br>
400 N. Tampa St., Ste. 3200<br>
Tampa, FL 33602-4798<br>
Telephone: (813) 274-6000<br>
Facsimile: (813) 274-6358<br>
E-mail: Lauren.Stoia@usdoj.gov