**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA    :
                            :                    :
v.                          :        Case No.: 8:22-cr-115-SDM-TGW
                            :
MILSON RODRIGUEZ SALAS     :
_____/

**NOTICE OF FILING SENTENCING EXHIBITS**

COMES NOW, the Defendant, MILSON RODRIGUEZ SALAS, by and through his undersigned counsel, and hereby files this his Notice of Filing Sentencing Exhibits and in support states as follows:

1. Attached are professional certificates demonstrating the Defendant's humble life as a mariner and fishermen and person who has demonstrated an interest in learning and self-improvement. The documents have been translated from Spanish to English by a federally certified translator, with copies in both languages included.

> By: /s/ Tim Bower Rodriguez
> Tim Bower Rodriguez, Esq.
> Florida Bar No.: 0151890
> Tim Bower Rodriguez, PA
> 502 E. Tyler St.
> Tampa, FL 33602
> Direct: (813) 384-7555
> Email:  t@bowerrodriguez.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 5 , 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to counsel of record.

> By: /S/ Tim Bower Rodriguez

1

{TRANSLATED DOCUMENT – PAGE 1 of 27}

May 20, 2025

To whom it may concern,

I, Jesse Leonor, certify that being a Federally Certified Court Interpreter, I am fluent in both the English and Spanish languages. I certify that to the best of my abilities I have completely and accurately translated, from Spanish to English, the attached document provided to me as a PDF file named "Documentos Milson.pdf". This translation is comprised of 27 pages: this cover page, the 13-page English translation and a copy of the 13-page source document, in Spanish. The original source PDF contained one page (#12 of 13) where the text in Spanish was accompanied by an English translation under each line. This page was not further translated by this translator.

Please note: graphical/photographic elements shown on the translation have been copied directly from the source document for illustrative or reference purposes only and are not intended to portray the translated pages in English as having been actually signed or written on any official form or letterhead. Words contained in braces {} have been added by the translator to provide a translator's note (TN), to eliminate ambiguity or to convey a specific meaning that is clearly implied in the source language.

_____

Jesse Leonor

United States Certified Court Interpreter

9205 Fawn Crossing Ct

Tampa, FL 33626

(813) 494-6561



Liberty and Order
REPUBLIC OF COLOMBIA

# The National Training Service SENA

*In compliance with Law 119 of 1994*

**Certifies that**

## MILSON RODRIGUEZ SALAS

*With Citizenship Identification Card No. 13.105.489*

*Completed and Passed the Training Program for:*

# COASTAL MOTORMAN

*having a duration of 60 hours*

*In witness whereof, this document is signed in Buenaventura, on the thirteenth (13)th day of the month of April, two thousand and ten (2010)*

Digitally Signed by

ARMANDO RAMIREZ PORTOCARRERO

NATIONAL TRAINING SERVICE SENA

Document Authenticity

Bogotá - Colombia

ARMANDO RAMIREZ PORTOCARRERO
DEPUTY DIRECTOR
NAUTICAL FISHING CENTRE OF BUENAVENTURA
VALLE BRANCH

**730073-13/04/2010**
REGISTRATION

The authenticity of this document can be verified with the electronic registry located at website: http://certificados.sena.edu.co, under number 91260045615CC13105489C.



**CAPITAL DISTRICT BRANCH**

# THE NATIONAL CENTER FOR HOSPITALITY, TOURISM AND FOOD

# HEREBY CERTIFIES

that MILSON RODRIGUEZ SALAS identified with Citizenship Card No. 13105489 of El Charco, completed and passed the HYGIENE AND FOOD HANDLING course with a Twenty (20) hour intensity and obtained an (A) Passing evaluation with an equivalence of (4.5).

Assessment Equivalence:

D: Failed
A: Passed

Issued in Bogotá, on the fourteenth (14) day of the month of December of two thousand twenty-three (2023)

Digitally Signed by

SONIA YAMILE ACUÑA LESMES
Deputy Director (E) NATIONAL CENTRE for HOSPITALITY, TOURISM and FOOD
CAPITAL DISTRICT BRANCH

*SENA: An Organization with Knowledge*

The authenticity of this document can be verified with the electronic registry located at website: http://certificados.sena.edu.co, under number 9406002900536CC13105489E.



| | |
|---|---|
| **TERMINATION OF THE EMPLOYMENT CONTRACT DUE TO COMPLETION OF THE PROJECT OR CONTRACTED WORK WORKER ON MISSION** | PAL6052<br>UPDATE 00 |

Santa Marta, April 21, 2014

Mr./Ms.
RODRIGUEZ SALAS MILSON
C.C 13.105.489.
DECKHAND
Buenaventura

*REFERENCE: TERMINATION OF THE EMPLOYMENT CONTRACT DUE TO THE END OF THE CONTRACTED WORK OR LABOR, WORKER ON MISSION*

Dear Sir/Madam,

We would like to inform you that your employment contract ends on April 21 2014, due to the completion of the project or contracted labor as a worker on mission, in accordance with Article 61 Section 1 Literal D of the Substantive Labor Code, substituted by Article 5 of Law 50 of 1990 and Article 77 of Law 50 of 1990 and the provisions of your Individual Employment Contract regarding its duration.

You may visit our offices within 8 business days following the date of receipt of this communication to claim your final settlement of social benefits to which you are legally entitled, and within this period it will be paid by deposit into your payroll account or through a cashier's check in your name, these terms and methods of payment being expressly authorized and accepted by you upon signing this document.

In accordance with the provisions of Article 6 of Resolution 2346 of 2007, we inform you that you may undergo an exit medical examination by presenting yourself at the Medical Center located at Carrera 5B No 2 18 OFI202 "Centro Medico Del Pacifico" within five (5) business days following the date of termination of the employment contract.

We thank you for the assistance provided to our company and wish you success in your endeavors.

Cordially,



**Juan Carlos Mejia B.**
**Director of Operations and Services SOS**
**EMPLEADOS SA**

Recipient Signature:_____
Name:
Date:

*Copy: Resume.*

FINGER-PRINT



REPUBLIC OF COLOMBIA

# The National Training Service SENA

*In compliance with Law 119 of 1994*

*Hereby certifies that:*

**MILSON RODRIGUEZ SALAS**

with identification document No. CC 13105489

Completed and Passed the Training Program for:

## DECKHAND

With a duration of 80 hours

In witness whereof, this document is signed in BUENAVENTURA, on the 24th day of the month of November 2010

YOLANDA MARTINEZ DE PINZÓN

DEPUTY DIRECTOR (E) NAUTICAL FISHING CENTRE OF BUENAVENTURA
VALLE BRANCH

3154537 03/11/2010
Registration Number and Date



Liberty and Order
REPUBLIC OF COLOMBIA

# The National Training Service SENA

*In compliance with Law 119 of 1994*

**Certifies that**

## MILSON RODRIGUEZ SALAS

*With Citizenship Identification Card No. 13105489*

*Completed and Passed the Training Program for:*
**IMO 3.26 SAFETY TRAINING FOR SEAFARERS ASSIGNED TO SECURITY DUTIES.**
*having a duration of 9 hours*

*In witness whereof, this document is signed in Buenaventura, on the twenty-third (23) day of the month of December two thousand and twenty-one (2021)*

Digitally Signed by

MAURICIO GOMEZ BETANCOURT
Deputy Director
NAUTICAL FISHING CENTRE OF BUENAVENTURA
VALLE BRANCH

**80156412 - 23/12/2021**
REGISTRATION DATE

The authenticity of this document can be verified with the electronic registry located at website: http://certificados.sena.edu.co, under number 9126002455997CC13105489C.

Liberty and Order
REPUBLIC OF COLOMBIA

# The National Training Service SENA

*In compliance with Law 119 of 1994*

*Certifies that*

## MILSON RODRIGUEZ SALAS

*With Citizenship Identification Card No. 13.105.489*

*Completed and Passed the Training Program for:*

# BASIC CUISINE

*having a duration of 40 hours*

*In witness whereof, this document is signed in Buenaventura, on the tenth (10)th) day of the month of September two thousand and ten (2010)*

Digitally Signed by
ARMANDO RAMIREZ PORTOCARRERO
NATIONAL TRAINING SERVICE - SENA
Document Authenticity
Bogotá - Colombia

ARMANDO RAMIREZ PORTOCARRERO
DEPUTY DIRECTOR
NAUTICAL FISHING CENTRE OF BUENAVENTURA
VALLE BRANCH

2208060 -10/09/2010
REGISTRATION DATE

The authenticity of this document can be verified with the electronic registry located at website http://certificados.sena.edu.co under with number 912600110357CC13105489C.



Liberty and Order
REPUBLIC OF COLOMBIA

# The National Training Service SENA

*In compliance with Law 119 of 1994*

**Certifies that**
# MILSON RODRIGUEZ SALAS

*With Citizenship Identification Card No. 13105489*

*Completed and Passed the Training Program for:*
**IMO 3.26 SAFETY TRAINING FOR SEAFARERS ASSIGNED TO SECURITY DUTIES.**
*having a duration of 9 hours*

*In witness whereof, this document is signed in Buenaventura, on the twenty-third (23) day of the month of December two thousand and twenty-one (2021)*

Digitally Signed by

MAURICIO GOMEZ BETANCOURT
Deputy Director
NAUTICAL FISHING CENTRE OF BUENAVENTURA
VALLE BRANCH

**80156412-23/12/2021**
REGISTRATION DATE

The authenticity of this document can be verified with the electronic registry located at website: http://certificados.sena.edu.co, under number 9126002455997CC13105489C.

PRESENTED TO: BUENAVENTURA PORT CAPTAIN'S OFFICE

SHIPOWNER'S REP: EDWARD PALACIO PADILLA

CREW LIST

NAME                CODEMACO II            REGISTRATION:            MC-01-016

FLAG                COLOMBIAN              CAPTAIN M/N:             MILSON RODRIGUEZ SALAS

TRN: 51,67          TRB:        25,84       DESTINATION            EL CHARCO-SAIJA

ENGINE TYPE: E SPECIALSERVICE                          DATE:        5/4/2023,

| No. | SURNAME AND FIRST NAME | POST | NATIONALITY | LICENSE No. | LIC. EXPIRES: | BOOKLET No.: |
|---|---|---|---|---|---|---|
| 1 | MILSON RODRIGUEZ SALAS | CAPTAIN | COLOMBIA | 13,105,489 | 2/21/2027 | 23095 |
| 2 | ANDRES MAURICIO ANGULO ESTUPIÑAN | SHIP ENGINEER | COLOMBIA | 1,111,745,619 | 8/13/2025 | 17006 |
| 3 | PEDRO VALENCIA AGUIRRE | SHIP ENGINEER | COLOMBIA | 16,466,685 | 1/4/2026 | 13705 |
| 4 | JHON ALBERT ESTUPIÑAN S. | DECKHAND | COLOMBIA | 16,948,861 | 12/1/2024 | |
| 5 | JOSE EDINSON MURILLO H. | DECKHAND | COLOMBIA | 4,816,109 | 2/27/2028 | TRAM |
| 6 | JAIRO RIASCOS VALENCIA | COOK Cat-B | COLOMBIA | 16,488,536 | | |
| | | | | | | |



SANTIAGO DE CALI, JANUARY 10 2017

TO WHOM IT MAY CONCERN:

I certify that Mr. Milson Rodríguez Salas identified with citizenship card 13.105.489 of EL CHARCO, worked 7 *months for Mr. Arbey Steven Riasco García identified with citizenship card 1.128.282.362 of Cali; as a mariner on the "Estrella del Note" motorized vessel, in Buenaventura.*

Based on the above, I can assure you that he is a person of integrity and demonstrates responsibility for the task entrusted to him. Thanking you in advance for any attention and assistance you can provide him.

The above is issued at the request of the interested party on January 10 2017.

CORDIALMENTE

Arbey Steven Riasco Garcia
1.128.282.362

Legal Representative
TEL: 320-8003021



# REPUBLIC OF COLOMBIA
## MINISTRY OF DEFENSE - NATIONAL NAVY



Liberty and Order

# THE DIRECTORATE GENERAL FOR MARITIME AFFAIRS

DUE TO THE FACT THAT MISTER : **MILSON RODRÍGUEZ SALAS**

IDENTIFIED WITH CC No.: **13.105.489**                    ISSUED IN: **EL CHARCO**

HAS MET THE LEGAL AND REGULATORY REQUIREMENTS THAT ACCREDIT HIM AS A:

## COASTAL ENGINEER MARINER

IN ACCORDANCE WITH THE PROVISIONS OF DECREE No. 1597 OF 1988,

ISSUES THIS

## NAVIGATION LICENSE

No.: **13.105.489**

WITHOUT ANY LIMITATIONS OTHER THAN
THE FOLLOWING:

Regional navigation in waters under Colombian jurisdiction.

DATE OF ISSUE: **9/7/2017**                    VALID UNTIL: **9/6/2022**

**Frigate CAPTAIN Andrés Mauricio Zambrano García,**
**Captain of the Port of Buenaventura**

### D⚓mar
Secure Document MARITIME
AUTHORITY OF COLOMBIA

MARKETING AND GRAPHIC MEDIA PARTNER

101500100117          050790
LAMINATING THIS DOCUMENT IS PROHIBITED

*Verify with:*    http://e-securedoc.com/verificac



 Colombian Maritime Authority

# Navigation Licenses for Crew and Officers

| Filing Number | Filing date | Date of Submission |
|---|---|---|
| 112022101125 | 2/16/2022 10:20:00 | 2/16/2022 10:20:16 |

**request locator:22GPFWY9**

Applicant's data

- Document type: **Citizenship Card -** Identification document**: 13105489**
- Type de entity : **Individual**
- 1st Name: **MILSON**
- 1st Surname: **RODRIGUEZ** - 2nd Surname: **SALAS**
- Place of birth: **Mosquera (NARIÑO)**
- Date of birth: **4/30/1970** - Gender: **Male**
- Address: **DIAGONAL 1RA SUR #49-60 BARRIO EL CRISTAL**
- Department: **VALLE DEL CAUCA -** City: **BUENAVENTURA**
- Email: **RODRIGUEZMILSON5@GMAIL.COM**
- Mobile : **3216221422**
- Do you authorize being notified via the registered email?: **Yes**
- Type of person: **Merchant Seamen**

## Basic Information

- Type of request :**1st time**
- License**: Regional Captain License - Category "C"**
- Specification : Officer

## Comments (max. 200 characters)

> First issuance of Category C Regional Captain's License, user has a valid drug consultation until 18/14/2025.

- Unit where the procedure will begin: **Captaincy of the Port of Buenaventura**
- Unit where procedure result will be claimed : **Captaincy of the Port of Buenaventura**

## Documents: Docs supporting the procedure

- **Citizenship card**: Citizenship card.PDF
  Identifier: pz5/ttp6+sXrJh7Kj719PC5v+SY=
- **IMO 1.13: Course Approval Certificate**          Document not delivered
- **IMO 1.19: Course Approval Certificate**          Document not delivered

Dirección General Marítima (DIMAR) | 830.027.904-1
Carrera 54 No. 26-50 CAN | BOGOTÁ, D.C. (BOGOTÁ)
dimar@dimar.mil.co | Telf.: 00 57 2 200490



REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

THE NATIONAL TRAINING SERVICE

EL CENTRO NAUTICO PESQUERO
(Autorizado por la Dirección General Marítima)

THE NAUTIC FISHING CENTER
(Authorized by Colombian General Maritime Direction)

CERTIFICA
(Certifies that)

Que el señor (Mr): **MILSON RODRIGUEZ SALAS C.C. 13105489**

Es plenamente competente de conformidad con lo dispuesto en la Regla VI/1 del convenio internacional sobre normas de Formación, Titulación y Guardia para la Gente de Mar, 1978, enmendado en 1995 y apto para desempeñar las funciones indicadas en la sección A-VI/1-2 del Código de Formación del mismo Convenio, habiendo aprobado el curso:

Has been found duly qualified in accordance with the provisions of Regulation VI/1 of the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 1978, as amended in 1995, and has been found competent to perform the functions as indicate in the Section A-VI/1-2 of the STCW code, approving the course.

**OMI 1.23 COMPETENCIAS EN EL MANEJO DE EMBARCACIONES DE SUPERVIVENCIA**
**IMO 1.23 PROFICIENCY IN SURVIVAL CRAFT AND RESCUE BOATS**

DURACION 30 HORAS
DURATION 30 HOURS

**REPRESENTANTE DIMAR**
**DIMAR REPRESENTATIVE**
Buenaventura, 21 de Enero de 2011

INSTRUCTOR
SOFIA PLUS 2010 1242347

SUBDIRECTOR DE CENTRO
CENTER SUBDIRECTOR
FECHA DE REGISTRO 19 de Diciembre de 2010

Buenaventura, November 29 2007.

Sirs:
**SOCIAL ACTION**
BUENAVENTURA

SUBJECT: APPEAL FOR REINSTATEMENT

**MILSON RODRIGUEZ SALAS** *Identified with Citizenship Identification Card No. 13.105.489 of Charco-Nariño, I hereby certify in writing the affidavit that I made before the Ombudsman's Office of Buenaventura on August 30 2007.*

*I am a fisherman, and this is what provides my livelihood. Around July 29 2004 the first confrontation occurred in the San Francisco neighborhood. This resulted in the death of a young man nicknamed "Mellizo". This event sparked riots in the neighborhood. However, I remained at home; the situation was becoming dangerous. Seeing soldiers was a warning of danger, and the confrontations were repeated around April 27 2007. I stayed at home for a while, but the neighborhood was no longer the same, and walking the streets became more dangerous every day. At night, it was impossible to go out, and because of my occupation, the time to embark is uncertain depending on the tides. But it should be noted that due to the danger posed by --------------------------------------------- and inhabitants of the neighborhood we live in was what motivated me  around the month of December of 2006          to leave the neighborhood due to threats from the clashes.*

*Left the neighborhood with my parents, my daughter and my wife, I headed towards the chocó beach for about two months.*

*Upon returning to Buenaventura, I went to my home and found the young men who called themselves paramilitaries or guerrillas living in my house, with no right to claim anything. They later destroyed my house. A relative gave me a place to stay for two months, and then I started paying rent.*

*I thank you in advance for your attention and for a positive response to the aforementioned request.*

*Sincerely,*

**MILSON RODRÍGUEZ  SALAS**
C.C. No.13.105.489  El Charco-Nariño

*Attachments: Resolution No. 250 UZB of September 7th, 2007*



Libertad y orden
REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

*En cumplimiento de la Ley 119 de 1994*

*Hace constar que*

## MILSON RODRIGUEZ SALAS

*Con Cédula de Ciudadanía No. 13.105.489*

*Cursó y aprobó la acción de Formación*

## MOTORISTA COSTANERO

*con una duración de 60 horas*

*En testimonio de lo anterior, se firma el presente en Buenaventura, a los trece (13) días del mes de abril de dos mil diez (2010)*

Firmado Digitalmente por
ARMANDO RAMIREZ PORTOCARRERO
SERVICIO NACIONAL DE APRENDIZAJE SENA
Autenticidad del Documento
Bogota - Colombia

ARMANDO RAMIREZ PORTOCARRERO
SUBDIRECTOR
CENTRO NAUTICO PESQUERO DE BUENAVENTURA
REGIONAL VALLE

730073 - 13/04/2010
FECHA REGISTRO

La autenticidad de este documento puede ser verificada en el registro electrónico que se encuentra en la página web http://certificados.sena.edu.co, bajo el número 91260045615CC13105489C.



**REGIONAL DISTRITO CAPITAL**

## EL CENTRO NACIONAL DE HOTELERIA, TURISMO Y ALIMENTOS

# CERTIFICA

Que MILSON RODRIGUEZ SALAS identificado(a) con Cédula de Ciudadanía No 13105489 de El Charco, realizó y aprobó el curso de HIGIENE Y MANIPULACION DE ALIMENTOS con una intensidad horaria de Veinte (20) y obtuvo una evaluación Apto (A) con una equivalencia de (4.5).

Equivalencia de Evaluaciones:

D: Reprobó
A: Aprobó

Se expide en Bogotá. a los catorce (14) dias del mes de diciembre de dos mil veintitres (2023)

Firmado Digitalmente por

SONIA YAMILE ACUÑA LESMES
Subdirectora (E) CENTRO NACIONAL DE HOTELERIA, TURISMO Y ALIMENTOS
REGIONAL DISTRITO CAPITAL

*SENA: Una Organización con Conocimiento*

La autenticidad de este documento puede ser verificada en el registro electrónico que se encuentra en la página web http://certificados.sena.edu.co, bajo el número 9406002900536CC13105489E.



| | TERMINACIÓN DEL CONTRATO DE TRABAJO POR FINALIZACIÓN DE LA OBRA O LABOR CONTRATADA TRABAJADOR EN MISIÓN | PAL6052 |
| --- | --- | --- |
| | | ACTUALIZACION 00 |

Santa Marta, 21 de Abril de 2014

Señor (a):
RODRIGUEZ SALAS MILSON
C.C 13.105.489.
MARINERO DE CUBIERTA
Buenaventura

REFERENCIA:    TERMINACIÓN DEL CONTRATO DE TRABAJO POR FINALIZACIÓN DE LA OBRA O LABOR CONTRATADA TRABAJADOR EN MISIÓN

Respetado(a) Señor(a),

Nos permitimos informarle que su contrato laboral termina el 21 de Abril del 2014, por la finalización de la obra o labor contratada como trabajador en misión, de conformidad con el Artículo 61 Numeral 1 Literal D del Código Sustantivo del Trabajo subrogado por el Artículo 5 de la Ley 50 de 1990 y Articulo 77 de la Ley 50 de 1990 y lo previsto en su Contrato Individual de Trabajo con respecto a la duración del mismo.

Usted puede acercarse a nuestras oficinas dentro de los 8 días hábiles siguientes a la fecha de recibo de la presente comunicación, para reclamar su liquidación final de prestaciones sociales que legalmente le corresponde, y dentro de dicho plazo será cancelada mediante la consignación en su cuenta de nómina o a través de cheque de gerencia a favor de usted, termino y forma de pago que son autorizadas y aceptadas expresamente por el Usted con la firma del presente documento.

Conforme a lo establecido en el Artículo 6 de la Resolución 2346 de 2007, le informamos que usted podrá practicarse un examen médico de egreso presentándose en el Centro Médico ubicado en Carrera 5B No 2-18 OFI 202 Centro Medico Del Pacifico dentro de los cinco (5) días hábiles siguiente a la fecha de terminación de contrato de trabajo.

Le agradecemos la colaboración prestada a nuestra compañía y deseamos éxitos en sus actividades.

Cordialmente,

**Juan Carlos Mejia B.**
Director de Operaciones y Servicios
SOS EMPLEADOS S.A.

Firma Notificado: _____
Nombre:
Fecha:

HUELLA

Copia: Hoja de Vida.



REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

En cumplimiento de la Ley 119 de 1994

Hace constar que:

## MILSON RODRIGUEZ SALAS

con documento de identificación No.CC.13105489

Cursó y aprobó la acción de Formación de

## MARINERIA DE CUBIERTA

Con una duración de 80 horas

En testimonio de lo anterior, se firma el presente en BUENAVENTURA, a los 24 días del mes de Noviembre de 2010

YOLANDA MARTINEZ DE PINZÓN
SUBDIRECTOR(A) (E) CENTRO NAUTICO PESQUERO DE BUENAVENTURA
REGIONAL VALLE

3154537 03/11/2010
Número y Fecha Registro



Libertad y orden
REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

*En cumplimiento de la Ley 119 de 1994*

*Hace constar que*

## MILSON RODRIGUEZ SALAS

*Con Cedula de Ciudadania No. 13105489*

*Cursó y aprobó la acción de Formación*

**OMI 3.26 FORMACION SOBRE PROTECCION PARA LA GENTE DE MAR QUE TENGA ASIGNADAS TAREAS DE PROTECCION.**

*con una duración de 9 horas*

*En testimonio de lo anterior. se firma el presente en Buenaventura. a los veintitres (23) dias del mes de diciembre de dos mil veintiuno (2021)*

Firmado Digitalmente por

MAURICIO GOMEZ BETANCOURT
Subdirector
CENTRO NAUTICO PESQUERO DE BUENAVENTURA
REGIONAL VALLE

80156412 - 23/12/2021
FECHA REGISTRO

La autenticidad de este documento puede ser verificada en el registro electrónico que se encuentra en la página web http://certificados.sena.edu.co, bajo el número 9126002455997CC13105489C.



Libertad y orden
REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

*En cumplimiento de la Ley 119 de 1994*

*Hace constar que*

## MILSON RODRIGUEZ SALAS

*Con Cédula de Ciudadanía No. 13.105.489*

*Cursó y aprobó la acción de Formación*

## COCINA BASICA

*con una duración de 40 horas*

*En testimonio de lo anterior, se firma el presente en Buenaventura, a los diez (10) días del mes de septiembre de dos mil diez (2010)*

Firmado Digitalmente por
ARMANDO RAMIREZ PORTOCARRERO
SERVICIO NACIONAL DE APRENDIZAJE SENA
Autenticidad del Documento
Bogota - Colombia

ARMANDO RAMIREZ PORTOCARRERO
SUBDIRECTOR
CENTRO NAUTICO PESQUERO DE BUENAVENTURA
REGIONAL VALLE

**2208060 - 10/09/2010**
FECHA REGISTRO

La autenticidad de este documento puede ser verificada en el registro electrónico que se encuentra en la página web http://certificados.sena.edu.co, bajo el número 912600110357CC13105489C.



Libertad y orden
REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

*En cumplimiento de la Ley 119 de 1994*

*Hace constar que*

## MILSON RODRIGUEZ SALAS

*Con Cedula de Ciudadania No. 13105489*

*Cursó y aprobó la acción de Formación*

**OMI 3.26 FORMACION SOBRE PROTECCION PARA LA GENTE DE MAR QUE TENGA ASIGNADAS TAREAS DE PROTECCION.**
*con una duración de 9 horas*

*En testimonio de lo anterior. se firma el presente en Buenaventura. a los veintitres (23) dias del mes de diciembre de dos mil veintiuno (2021)*

Firmado Digitalmente por

MAURICIO GOMEZ BETANCOURT
Subdirector
CENTRO NAUTICO PESQUERO DE BUENAVENTURA
REGIONAL VALLE

80156412 - 23/12/2021
FECHA REGISTRO

La autenticidad de este documento puede ser verificada en el registro electrónico que se encuentra en la página web http://certificados.sena.edu.co, bajo el número 9126002455997CC13105489C.

PRESENTADO A:    CAPITANIA DE PUERTO DE BUENAVENTURA

REP.ARMADOR:  EDWARD PALACIO PADILLA

LISTA DE TRIPULACION

)MBRE M          CODEMACO II          MATRICULA:          MC-01-016

BANDEF          COLOMBIANA          CAPITAN M/N:          MILSON RODRIGUEZ SALAS

TRN: 51,67          TRB:          25,84          DESTINO          EL CHARCO-SAIJA

TIPO DE MOTC E    SERVICIO ESPECIAL          FECHA:          04/05/2023,

| No. | APELLIDOS Y NOMBRE | CARGO | NACIONALIDAD | No. LICENCIA | VENCE LIC.: | LIBRETA No. |
|---|---|---|---|---|---|---|
| 1 | MILSON RODRIGUEZ SALAS | CAPITAN | COLOMBIA | 13,105,489 | 21/02/2027 | 23095 |
| 2 | ANDRES MAURICIO ANGULO ESTUPIÑAN | MAQUINISTA | COLOMBIA | 1,111,745,619 | 13/08/2025 | 17006 |
| 3 | PEDRO VALENCIA AGUIRRE | MAQUINISTA | COLOMBIA | 16,466,685 | 4/01/2026 | 18705 |
| 4 | JHON ALBERT ESTUPIÑAN S. | MARINERO-CUB | COLOMBIA | 16,948,861 | 1/12/2024 | |
| 5 | JOSE EDINSON MURILLO H. | MARINERO-CUB | COLOMBIA | 4,816,109 | 27/02/2028 | TRAM |
| 6 | JAIRO RIASCOS VALENCIA | COCINERO CAT-B | COLOMBIA | 16,488,536 | | |
| | | | | | | |
| | | | | | | |



EL FARO
AGENCIA MARITIMA
NIT. 901443360-6
REP.ARMADOR

SANTIAGO DE CALI, ENERO 10 DE 2017

A QUIEN PUEDA INTERESAR

Certifico que el señor **Milson Rodríguez Salas** identificado con cédula de ciudadanía 13.105.489 de EL CHARCO, laboro 7 meses para señor **Arbey Steven Riasco García** identificado con cedula de ciudadanía 1.128.282.362 de Cali; como marinero en la motonave estrella del norte, en Buenaventura.

Por lo anterior puedo asegurar que es una persona integra responsable para la actividad que se le encomiende. Agradeciendo de antemano la atención y facilidad que le puedan brindar.

Lo anterior se expide a solicitud del interesado a los 10 días del mes de enero de 2017.

CORDIALMENTE

Arbey Steven Riasco Garcia
1.128.282.362

REPRESENTANTE LEGAL
TEL.: 320-8003021



# REPÚBLICA DE COLOMBIA
## MINISTERIO DE DEFENSA - ARMADA NACIONAL



### Libertad y Orden

## LA DIRECCIÓN GENERAL MARÍTIMA

EN ATENCIÓN A QUE EL SEÑOR : **MILSON RODRÍGUEZ SALAS**

IDENTIFICADO CON   CC No. :   **13.105.489**                    EXPEDIDA EN : EL CHARCO

HA CUMPLIDO CON LOS REQUISITOS LEGALES Y REGLAMENTARIOS QUE LO ACREDITAN COMO :

### MARINERO COSTANERO DE MÁQUINAS

DE CONFORMIDAD CON LO DISPUESTO EN EL DECRETO No. 1597 DE 1988,

EXPIDE LA PRESENTE

## LICENCIA DE NAVEGACIÓN

No. :   **13.105.489**

SIN MAS LIMITANTES QUE LAS SIGUIENTES :

Navegación regional en aguas de la jurisdicción colombiana.

FECHA DE EXPEDICIÓN : **07/09/2017**                    VÁLIDA HASTA : **06/09/2022**

**Capitán de Fragata Andres Mauricio Zambrano García**
**Capitán de Puerto de Buenaventura**

### D mar
Documento Seguro
AUTORIDAD MARÍTIMA DE COLOMBIA

PARTNER MERCADEO Y MEDIOS GRAFICOS

101500100117      050790
PROHIBIDO LAMINAR ESTE DOCUMENTO

Verifiquelo con: http://e-securedoc.com/verificac

50790

  Autoridad Marítima Colombiana

## Licencias de navegación para Tripulantes y Oficiales

| Número de radicado | Fecha de radicado | Fecha de Presentación |
|---|---|---|
| 112022101125 | 16/02/2022 10:20:00 | 16/02/2022 10:20:16 |

**Localizador solicitud:22GPFWY9**

### Datos del solicitante

º Tipo documento : **Cédula de Ciudadanía**   º Documento identificativo : **13105489**
º Tipo de persona : **Natural**
º 1º Nombre : **MILSON**
º 1º Apellido : **RODRIGUEZ**   º 2º Apellido : **SALAS**
º Lugar de nacimiento : **MOSQUERA (NARIÑO)**
º Fecha de nacimiento : **30/04/1970**   º Género : **Masculino**
º Dirección : **DIAGONAL 1RA SUR #49-60 BARRIO EL CRISTAL**
º Departamento : **VALLE DEL CAUCA**   º Ciudad : **BUENAVENTURA**
º Correo Electrónico : **RODRIGUEZMILSON5@GMAIL.COM**
º Celular : **3216221422**
º Autoriza usted ser notificado a través del correo electrónico registrado? : **Si**
º Tipo de persona : **Marinos Mercantes**

### Información Básica

º Tipo de solicitud : **1ª vez**
º Licencia : **Licencia de Capitán Regional Categoría "C"**
º Especificación : **Oficial**

### Observaciones (máx. 200 caracteres)

Licencia de Capitán regional categoría C por 1ª vez, usuario cuenta con consulta de estupefacientes vigente hasta el 14/08/2025.

º Unidad dónde se iniciará el trámite: **Capitanía de Puerto de Buenaventura**
º Unidad donde reclamará el resultado del trámite : **Capitanía de Puerto de Buenaventura**

### Documentos de: soporte del Trámite

º **Cédula de ciudadanía:**   Cédula de ciudadanía.PDF

  Identificador: pz5/ttp6+sXrJh7Kj719PC5v+SY=

º **Certificado de aprobación curso OMI 1.13:**   Documento no entregado

º **Certificado de aprobación curso OMI 1.19:**   Documento no entregado

Dirección General Marítima (DIMAR) | 830.027.904-1
Carrera 54 No. 26-50 CAN | BOGOTÁ, D.C. (BOGOTÁ)
dimar@dimar.mil.co | Telf.: 00 57 2 200490



REPÚBLICA DE COLOMBIA

# El Servicio Nacional de Aprendizaje SENA

THE NATIONAL TRAINING SERVICE

EL CENTRO NAUTICO PESQUERO
(Autorizado por la Dirección General Marítima)

THE NAUTIC FISHING CENTER
(Authorized by Colombian General Maritime Direction)

CERTIFICA
(Certifies that)

Que el señor (Mr): **MILSON RODRIGUEZ SALAS C.C. 13105489**

Es plenamente competente de conformidad con lo dispuesto en la Regla VI/1 del convenio internacional sobre normas de Formación, Titulación y Guardia para la Gente de Mar, 1978, enmendado en 1995 y apto para desempeñar las funciones indicadas en la sección A-VI/1-2 del Código de Formación del mismo Convenio, habiendo aprobado el curso:

Has been found duly qualified in accordance with the provisions of Regulation VI/1 of the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 1978, as amended in 1995, and has been found competent to perform the functions as indicate in the Section A-VI/1-2 of the STCW code, approving the course.

**OMI 1.23 COMPETENCIAS EN EL MANEJO DE EMBARCACIONES DE SUPERVIVENCIA
IMO 1.23 PROFICIENCY IN SURVIVAL CRAFT AND RESCUE BOATS**
DURACION 30 HORAS
DURATION 30 HOURS

**REPRESENTANTE DIMAR
DIMAR REPRESENTATIVE**
Buenaventura, 21 de Enero de 2011

**INSTRUCTOR**
SOFIA PLUS 2010 1242347

**SUBDIRECTOR DE CENTRO
CENTER SUBDIRECTOR**
FECHA DE REGISTRO 19 de Diciembre de 2010

Bɪ ɪaventura, 29 de Noviembre de 2007.

Señores:
**ACCIÓN SOCIAL**
BUENAVENTURA

ASUNTO: RECURSO DE REPOSICIÓN

Yo, **MILSON RODRÍGUEZ SALAS** Identificado con la Cédula de Ciudadanía No.13.105.489 del Charco--Nariño, hago constar por escrito la declaración juramentada que hice antela Personería de Buenaventura el día 30 Agosto de 2007.

Soy pescador y es lo que me da el sustento, hacia Julio 29 del 2004 se dio el primer enfrentamiento en el Barrio San Francisco esto ocasionó la muerte de un joven cuyo apodo "mellizo"; este hecho ocasionó disturbios en el barrio. Más yo permanecí en mi casa, la situación se tornaba peligrosa, ver militares era alerta de peligro, y se repitieron los enfrentamientos hacia el 27 de Abril del 2007. permanecí más tiempo en mi casa pero ya el barrio no era igual, y cada día era más peligroso caminar por las calles del mismo. De noche no se podía salir y por mi ocupación, la hora de embarcarse es incierta según las mareas. Pero cabe resaltar que por el peligro que significaba para el ba---, la ----- ---- y el ----- con el que los habitantes del barrio vivimos fue lo que me motivó hacia el mes de Diciembre de 2006 a salir del barrio por las amenazas de los enfrentamientos.

Salí del barrio con mis padres, mi hija y mi esposa, tomé destino hacia la playa de Chocó como por dos meses.

Al regresar a buenaventura fui a mi casa y los jóvenes que se hacían llamar paramilitares o guerrilleros estaban habitando mi casa y sin derecho a reclamo. Y posteriormente desbarataron mi casa, un familiar me dio posada por dos meses y luego comencé a pagar arriendo.

De antemano le agradezco la atención prestada y de una respuesta positiva a la petición antes mencionada.

Atentamente,

_____
**MILSON RODRÍGUEZ SALAS**
C.C. No.13.105.489 El Charco-Nariño

Anexo: Resolución No. 250 UZB del 07 de Septiembre de 2007.